```
                         United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                      Case No. 12-35028-maw
Gwendolyn Ann Moore                                         Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
```

District/off: 0647-3          User: mclar              Page 1 of 2              Date Rcvd: Jun 19, 2013
                              Form ID: 175             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2013.
```
db            +Gwendolyn Ann Moore,    2729 Elm St.,    Toledo, OH 43608-2470
cr            +BMW Bank of North America, Inc,    P.O. Box 201347,    Arlington, TX 76006-1347
21916557       BMW Group Financial Services,    300 Chestnut Ridge Road,    Woodcliff Lake, NJ 07677-7731
22377045      +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
21916558      +Fifth Third Mortgage Co.,    5050 Kingsley Dr.,    MD#1MOC20,    Cincinnati, OH 45227-1115
21916559      +Newport News,    PO Box 659728,    San Antonio, TX 78265-9728
21916560       One Main Financial,    PO Box 183172,    Columbus, OH 43218-3172
21916561      +Tires Plus,    PO Box 81344,    Cleveland, OH 44188-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22203032       E-mail/Text: bankruptcynotices@bmwfs.com Jun 19 2013 23:11:42     BMW Financial Services NA, LLC,
                P.O. Box 3608,    Dublin OH 43016
22210846       E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2013 23:08:57
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 2
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Capital One, N.A.
cr             Fifth Third Mortgage Company
                                                                                      TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2013**              **Signature:**   _/s/ Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2013 at the address(es) listed below:

```
          Benjamin A. Randall    on behalf of Debtor Gwendolyn Ann Moore benjrandall@gmail.com
          Christopher P. Kennedy    on behalf of Creditor    Fifth Third Mortgage Company
           bankruptcy@carlisle-law.com
          Louis J Yoppolo    yoppolo-tr@snhslaw.com, pleach@snhslaw.com;lyoppolo@ecf.epiqsystems.com
          Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
                                                                                             TOTAL: 4
```

Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604
Case No. 12−35028−maw

**In re:**
Gwendolyn Ann Moore
2729 Elm St.
Toledo, OH 43608

**Social Security No.:**
xxx−xx−6494

### NOTICE OF EXTENSION OF TIME TO FILE CLAIMS AGAINST SURPLUS FUNDS

**To the Creditors and Parties in Interest:**

Notice is hereby given that the time for filing claims in this chapter 7 case has expired and it appears there will be a surplus of funds remaining after all allowed claims have been paid in full.

Therefore, pursuant to bankruptcy rule 3002 (C)(6), an extension of time for the filing of claims against the surplus funds has been granted by the court.

You are further notified that the time for filing claims against surplus funds is hereby extended thirty (30) days from the date of this notice. If no claims are filed in response to this notice, any surplus funds will be returned to the debtor(s).

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

**If you would like a copy of your claim mailed back to you as proof of receipt by the court,
please provide a photocopy of your claim and a self−addressed, stamped envelope.**

**Dated:** June 19, 2013     For the Court
Form ohnb175     Kenneth J. Hirz, Clerk